# IN RE: CRIMINAL JURY INSTRUCTIONS COMMITTEE

Supreme Court of Arkansas
Opinion delivered April 20, 2006

PER CURIAM. The Honorable Gordon Webb, of Harrison, is hereby reappointed to the Criminal Jury Instructions Committee for a three-year term to expire April 2009.

The Court extends its thanks to Mr. Webb for accepting this reappointment to this most important committee and thanks him for his dedicated service.

# IN RE: CRIMINAL JURY INSTRUCTIONS COMMITTEE

Supreme Court of Arkansas
Opinion delivered April 27, 2006

PER CURIUM. Raymond R. Abramson, of Clarendon, is hereby appointed to the Criminal Jury Instructions Committee for a three-year term to expire April 2009.

The Court extends its thanks to Mr. Abramson for accepting this appointment to this most important committee.